**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01679-GPG-CYC

JAMES GASKINS, MAXWELL ELLIOTT, and BRADLEY BARROW, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

INTERACTIVE DATA, LLC, FOREWARN, LLC, and RED VIOLET, INC.,

Defendants.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Pursuant to Practice Standard 10.1(d) of the Court's Uniform Civil Practice Standards, Plaintiffs James Gaskins, Maxwell Elliott, and Bradley Barrow ("Plaintiffs") respectfully submit the below notice of supplemental authority in further support of their Response in Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 56), alerting the Court to Judge Charlotte N. Sweeney's November 6, 2026, order in the case *Hutchings v. Lusha Sys., Inc.*, No. 1:25-CV-01908-CNS-NRN, 2026 WL 3372124 (D. Colo. Nov. 6, 2026) (the "*Hutchings* Order"). In the *Hutchings* Order, the Court granted in part and denied in part the defendant data broker's motion to dismiss a putative class claim under Colo. Rev. Stat. § 6-1-304(4)(a)(I) (the "Commercial Listing Provision" or "CLP" of the Colorado Prevention of Telemarketing Fraud Act ("PTFA")). A copy of the *Hutchings* Order is attached as Exhibit A.

Plaintiffs believe the *Hutchings* provides additional support for their arguments

regarding, *inter alia*, (1) that the CLP's plain language requires only "the listing of a cell phone number in a directory for a commercial purpose," and is not limited to telemarketers or telemarketing fraud (*id.* at 9–11); (2) that the CLP, as applied to a defendant that uses listed cell phone numbers to advertise access to its paid database, regulates commercial speech, such that strict scrutiny does not apply and *Dex Media West, Inc. v. City of Seattle*, 696 F.3d 952 (9th Cir. 2012), is distinguishable (*id.* at 17–19); (3) that the CLP satisfies intermediate scrutiny (*id.* at 19–20); and (4) that Plaintiffs may seek class-wide statutory damages under Colo. Rev. Stat. § 6-1-305(1)(c) (*id.* at 20–21). Plaintiffs also note that, to the extent Defendants submit *Jackson v. Thomson Reuters Am. Corp.*, --- F.4th----, 2026 WL 3211190, at *7 (4th Cir. Oct. 27, 2026), as a supplemental authority here, the *Hutchings* Order addressed and distinguished *Jackson*. *See Hutchings* Order at 9 n.4.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Joseph I. Marchese*
Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Joseph I. Marchese
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

**CROSNER LEGAL, P.C.**
Michael T. Houchin
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210

Tel: (866) 276-7637
Fax: (310) 510-6429
mhouchin@crosnerlegal.com

**KOPELOWITZ OSTROW, P.A.**
Steven Sukert
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
Email: sukert@kolawyers.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*

**BURSOR & FISHER, P.A.**
Matthew A. Girardi
50 Main St., Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: mgirardi@bursor.com

**PELUSO LAW LLC**
Patrick H. Peluso (#47642)
865 Albion Street, Suite 250
Denver, CO 80220
Telephone: (720) 805-2008
Email: ppeluso@pelusolawfirm.com

**ANDERSON + WANCA**
Patrick J. Solberg
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Email: psolberg@andersonwanca.com

*Additional Counsel for Plaintiffs*